IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENDA PATRON-RETTICK, | No. C 13-0234 SI |
| Plaintiff, | |
| vs. | **ORDER DIRECTING CLERK TO REDACT PERSONAL INFORMATION** |
| JOHN NAKAMOTO, et al., | |
| Defendants. / | |

Pro se plaintiff Glenda Patron-Rettick has filed a complaint (including attachments), which contains personal financial information, such as her social security number and various bank account numbers. The Clerk is directed to seal the original complaint, and to redact such personal financial information from the complaint on public file. When/if plaintiff or any defendant seeks access to this redacted information, or seeks to have the unredacted documents in the public file, a request may be made to the Court.

**IT IS SO ORDERED.**

Dated: February 14 2013

SUSAN ILLSTON
United States District Judge