August 12, 2013

Kathleen Emma Huntington
1436 Crestmont Drive #6261
Bakersfield, California 93306

U.S. District Court Northern
District of California
450 Golden Gate Avenue
San Francisco, California 94102

RE: Case #CV 13-00234 SI Order Dismissing Case With
    Leave To Amend Dated July 30, 2013 - Plaintiff
    Glenda Patron-Rettick, Defendants, John Naka-
    moto and Peter Nguyen

Honorable Judge Susan Illston:

I am the Plaintiff in this case. Due to a recent death, my husband died June 3, 2013 in Los Gatos.

I would like to discontinue my case until my three children and I can recover from grief.

Sincerely,

*Glenda Patron-Rettick*

Glenda Patron-Rettick

FILED
AUG 19 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Susan Illston, Judge

8/19/13
Date

IT IS SO ORDERED